CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 27, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| David P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-00019 |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff David P.'s Social Security Appeal. (Dkts. 1, 6, 13.) Pursuant to Standing Order 2025-02 and 28 U.S.C. § 636(b)(1)(B), this matter was referred to the Honorable Joel C. Hoppe, U.S. Magistrate Judge, for a recommended disposition. On August 11, 2026, Judge Hoppe entered a Report and Recommendation ("R&R"), (Dkt. 19), recommending that the court reverse the Commissioner of Social Security's final decision and remand this case under the fourth sentence of 42 U.S.C. § 405(g). The parties had fourteen days to file objections to the R&R, but no party did.[1]

The court has reviewed the administrative record, filings, and R&R, and has found no clear error. Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation, (Dkt. 19), is **ADOPTED in its entirety**;
2. The Commissioner's final decision is **REVERSED**;

[1] If there are no objections to the magistrate judge's report, a court "need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation marks omitted).

3. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the R&R; and

4. The matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

An appropriate judgment order will be entered.

**IT IS SO ORDERED.**

**ENTERED** this 27th day of August, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE